PANELCLAD, INC., Plaintiff–Appellee,

v.

FALCON STEEL STRUCTURES, INC.; et al., Defendants,

v.

Falcon Steel Structures, Inc., Defendant–Appellant.

No. 02–31247.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2003.

Marie Healey, Daniel Alan Smith, Healey & Smith, New Orleans, LA, for Plaintiff–Appellee.

George Davidson Fagan, Leake & Andersson, New Orleans, LA, for Defendant–Appellant.

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM.*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.